1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11 | ARCELIA CHAVEZ,  ) Case No. CV 05-1713 JFW(JC)

12 | Petitioner,  )

13 | v.  ) ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

14 | DEBORAH JACQUEZ, Warden,  )

15 | Respondent.  )

16

17    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
18 Habeas Corpus by a Person in State Custody (the "Petition"), all of the records
19 herein, and the attached Report and Recommendation of United States Magistrate
20 Judge.  The Court approves and adopts the United States Magistrate Judge's
21 Report and Recommendation.
22    IT IS ORDERED that Judgment be entered denying the Petition and
23 dismissing this action with prejudice.
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:  5/19/09

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE