1
2
3
4
5
6
7
8

9                 UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12   ARCELIA CHAVEZ,            )   Case No. CV 05-1713 JFW(JC)

13              Petitioner,      )

14                 v.              )   JUDGMENT

15   DEBORAH JACQUEZ, Warden,    )

16              Respondent.     )

17 _____

18       Pursuant to this Court's Order Adopting Findings, Conclusions and

19 Recommendations of United States Magistrate Judge,

20       IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person

21 in State Custody is denied and this action is dismissed with prejudice.

22

23     DATED:   5/19/09

24

25

26                  HONORABLE JOHN F. WALTER

27                  UNITED STATES DISTRICT JUDGE

28